Hello

Hon., Thomas M'Iroslau

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 22 2021
AT___O'CLOCK
John M. Domurad, Clerk - Binghamton

3:21-CR-385

I am going to Fire my Attorney I find my Attorney Randi Bionco very Ineffective Incompetent, not Knowledgeable & Working to Convict me...

I ask her to ask for HABeas Corpus, the judge to throw out the case, And also for me to get ROR, and she feet Drag, No Response I also think she is Bull-in me, Brain WASH......

Please look into this matter for me as soon as possible ASAP

I dont want to Be Here forever SIR!

The jail has got no heat and I doesent gets enough to EAT, Also the Staff is Hostile.....

Thank you

Sincerly

Jimmy McNeill

NAME: McNeill, Jimmy
TIOGA COUNTY JAIL
103 CORPORATE DR.
OWEGO, NY 13827

SYRACUSE NY 130
18 NOV 2021 PM 4 L

Hon.,
c/o Thomas Mirroslav
15 Henry Street.,
Binghamton, NY 13901

13901-272399