U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 02 2021
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

Hello Judge;

Its been a while that I haven't heard from my new Attorney who's suppose to Represent me...

Please let me know Below this info...

Attorney's Name:

Court Date:

Court Time:

Sincerely ——— Jimmy E. Mcneill

NAME: Jimmy E. McNeill
TIOGA COUNTY JAIL
103 CORPORATE DR.
OWEGO, NY 13827

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
DEC -2 2021
RECEIVED

SYRACUSE NY 130
1 DEC 2021 PM 2 L

Hon. Andrew T. Baxter
~~James~~ United States District Court
~~James~~ Hanley Federal Building
100 S. Clinton Street
Syracuse, N.Y. 13261