2/23/2022

3:21-CR-385

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 28 2022
AT _____ O'CLOCK
John M. Domurad, Clerk - Albany

Hello Hon., ANDREW BAXTER

My Attorney, JOSEPH RODAK seem to be playing MIND GAMES. I have tried to reach him/contact him but to DATE, it has been fruitless/unsuccessful.

Please Scold him for me...

Court DATE:
Court Time:

OVER ⟶

I have been in jail over <u>100</u> Days and its a complete Dead end...

Jimmy Mcneill
Inmate

Tioga County Jail
Owego NY

Court DAte:
Court time:

NAME: Jimmy Mcneill
TIOGA COUNTY JAIL
103 CORPORATE DR.
OWEGO, NY 13827

Clerk, U.S. District Court
James T. Foley U.S. Courthouse
445 Broadway - Room 509
Albany NY 12207

RECEIVED
FEB 23 FEB 2022
JOHN M. DOMURAD, CLERK
SYRACUSE NY 130

