UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO. 3:21 cr 365

COURT EXHIBIT NO. 1
MAD

NOTE FROM THE JURY

YOUR HONOR,

WHAT IS THE EVENT FOR THE CHARGE 2 WE NEED CLARIFICATION ON THIS ~~CHARGE~~. EVENT THAT IS REFERENCE IN THIS CHARGE.

DATE: 5-18-22 AT SYRACUSE, NEW YORK

TIME: 13:00 AM/PM

Signature of Foreperson
**NAME REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO. 3:21-cr-385

COURT EXHIBIT NO. 2

### NOTE FROM THE JURY

YOUR HONOR,

WE ARE AT AN IMPASS ON TWO OF THE FOUR CHARGES. IF WE ARE UNABLE TO COME A DECISION ON TWO OF THE FOUR CHARGES, DO WE DO WE CHECK NOT GUILTY ON THE TWO NOT AGREED UPON.

DATE: 5-18-22   AT SYRACUSE, NEW YORK

TIME: 16:25   AM/**PM**

Signature of Foreperson

**NAME REDACTED